IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ULTRA PREMIUM SERVICES, LLC d/b/a TMK IPSCO and IPSCO TUBULARS INC. d/b/a TMK IPSCO, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:19-cv-2277 |
| OFS INTERNATIONAL, LLC, OILFIELD SERVICES AND TECHNOLOGIES, LLC, THREADING AND PRECISION MANUFACTURING, LLC, and FERMATA TECHNOLOGIES, LLC, | § § § § § § | |
| Defendants. | § § | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO
STRIKE THE OPINIONS OF GARY WOOLEY**

Plaintiffs Ultra Premium Services, LLC d/b/a TMK IPSCO and IPSCO Tubulars Inc. d/b/a TMK IPSCO (collectively "IPSCO") respectfully file this opposition to Defendants' (collectively "OFSi") motion to strike the opinions of Dr. Gary Wooley (the "Motion").

**I.**

IPSCO disputes OFSi's gross mischaracterizations of Dr. Wooley's qualifications, his opinions and the basis for his opinions, but OFSi's motion should be denied as moot because IPSCO no longer plans to call Dr. Wooley as a witness at trial.

**II.**

The principal reason IPSCO retained Dr. Wooley as an expert at trial was his opinion that "if Defendants were to independently develop technology that delivers threaded connector performance and benefits that is similar to those derived from practicing the Trade Secrets, it would have taken Defendants at least 2 years to do so from the earliest known date of

misappropriation." Motion, Ex. 1, at -2-. One of IPSCO's experts, Walter Bratic, relied upon Dr. Wooley's minimum 2-year opinion regarding independent development timetable to determine the benefit conferred on OFSi due to their "Head Start Advantage."

Specifically, Mr. Bratic calculated the financial benefit conferred as a result of OFSi's "Head Start Advantage" by using Mr. Stai's calculations of OFSi's actual profits—which are based on OFSi's financial information for the period running from July of 2018 through February of 2020- a period of 20 months —and extrapolating those profits through June of 2020 – a period of 24 months, the minimum head start advantage time period. Mr. Bratic chose June 2020 because that marks two years, or twenty-four months, from the beginning of OFSi's misappropriation. Mr. Bratic chose two years because Mr. Wooley opined that it would have taken OFSi at least two years to independently develop its connections that are at issue in this case.

By the time of trial, more than two years will have elapsed. If the Court finds that OFSi made sales of the Accused Products from March 1, 2020 through trial using Plaintiffs' trade secrets or confidential information, IPSCO will rely on Mr. Stai's updated calculations for OFSi's actual profits through trial, not Mr. Bratic's calculations for head start advantage. There is thus no need for Mr. Bratic to rely on this opinion from Dr. Wooley

For this reason, and in order to shorten the trial and streamline the presentation to the Court, IPSCO has decided not to call Dr. Wooley as a witness at trial. IPSCO respectfully requested that the motion to be denied as moot as opposed to granted because the latter may imply a decision of the merits of Defendants' motion and unfairly tarnish Dr. Wooley.

**III.**

For all these reasons, the Court should deny Defendants' Motion to Strike the Expert Opinions of Gary Wooley as moot.

Dated: August 12, 2020

Respectfully submitted,

BAKER BOTTS L.L.P.

**OF COUNSEL:**

By: */s/ Tynan Buthod*
    Tynan Buthod
Paul R. Elliott
    Attorney-In-Charge
Texas Bar No. 06547500
    Texas Bar No. 03513500
Federal I.D. No. 12867
    Federal I.D. No. 14036
Matthew G. Sheridan
    910 Louisiana St.
Texas Bar No. 24088404
    Houston, Texas 77002
Federal I.D. No. 2137583
    Tel: (713) 229-1912
Brenton H. Cooper
    Fax: (713) 229-2712
Texas Bar No. 24109751
    ty.buthod@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana St.
Houston, Texas 77002
Tel: (713) 229-1234
Fax: (713) 229-1522
paul.elliott@bakerbotts.com
matthew.sheridan@bakerbotts.com
brent.cooper@bakerbotts.com

**ATTORNEYS FOR PLAINTIFFS
ULTRA PREMIUM SERVICES, LLC
AND IPSCO TUBULARS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that August 12, 2020, I served this document on the following counsel of record via electronic mail.

Joseph Y. Ahmad
Timothy C. Shelby
Sammy Ford IV
Jordan Warshauer
Jason McManis
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
joeahmad@azalaw.com
tshelby@azalaw.com
sford@azalaw.com
jwarshauer@azalaw.com
jmcmanis@azalaw.com

*/s/ Tynan Buthod*
Tynan Buthod